**Frank Michael WEYER and Troy K. Javaher, Appellants,**

v.

**FACEBOOK, INC., Appellee.**

No. 2014–1378.

United States Court of Appeals,
Federal Circuit.

Nov. 10, 2014.

FRANK MICHAEL WEYER, Techcoastlaw, of Los Angeles, California, argued for appellants.

REUBEN H. CHEN, Cooley LLP, of Palo Alto, California, argued for appellee. With him on the brief were HEIDI L. KEEFE and MARK R. WEINSTEIN.

LOURIE, MOORE, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.